

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00206-CV

**IN THE INTEREST OF J.G.A. AND M.A.A., CHILDREN,**
Appellants

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01023
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

In this accelerated appeal of the March 22, 2016 order terminating Appellant's parental rights, Appellant's brief was due on May 5, 2016. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first, second, and third motions for extension of time to file the brief; the brief was due on June 17, 2016. On June 20, 2016, citing his wife's recent hospitalization, Appellant's counsel filed a fourth motion for extension of time to file the brief until June 23, 2016, for a total extension of forty-nine days. *See id.* R. 38.6(d). On June 21, 2016, Appellant filed the brief.

Appellant's motion is GRANTED; her brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court